# EXHIBIT B



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2020CH05784 **SHERIFF NUMBER:** 50033577 **MULT. SER.:** 1 **DOC. TYPE:** CHAN
**DIE DATE:** 10/06/2020 **RECEIVED DATE:** 09/15/2020 **FILED DATE:** 09/09/2020 **DIST:** 604

**DEFENDANT:** WILSON ELSER MOSKOWITZ EDELMAN DICKER LLP
ADDRESS: 208 S LaSalle
CITY: Chicago
STATE: IL ZIP CODE: 60604
ATTACHED FEE AMT:
SERVICE INFORMATION: R/A: CT Corporation

**PLAINTIFF:** BIRCH GOLD GROUP LP
**ATTORNEY:** RAY
ADDRESS: 208 W crystal St 122
CITY: CHICAGO
STATE: IL ZIP CODE: 60622

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF _ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

****** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ******

___ **(8)** AND BY MAILING ON THE ___ DAY OF ______ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | (01) NO CONTACT | ☐ | (05) WRONG ADDRESS | ☐ | (09) DECEASED |
| ☐ | (02) MOVED | ☐ | (06) NO SUCH ADDRESS | ☐ | (10) NO REGISTED AGENT |
| ☐ | (03) EMPTY LOT | ☐ | (07) EMPLOYER REFUSAL | ☐ | (11) OUT OF COOK COUNTY |
| ☐ | (04) NOT LISTED | ☐ | (08) CANCELLED BY PLAINTIFF ATTY | ☐ | (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

WRIT SERVED ON: DERRICK
SEX: M RACE: BL AGE: 25
THIS 24 DAY OF September 20 20
TIME: 12:14 PM

ATTEMPTED SERVICES

| Date | Time | Star # |
|---|---|---|

THOMAS J. DART,
SHERIFF, BY: /S/ FELLER, DAVID #5 , DEPUTY




**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2020CH05784 **SHERIFF NUMBER:** 50033577 **MULT. SER.:** 1 **DOC. TYPE:** CHAN

**DIE DATE:** 10/06/2020 **RECEIVED DATE:** 09/15/2020 **FILED DATE:** 09/09/2020 **DIST:** 604

| Date | Time | Star # |
| --- | --- | --- |