# EXHIBIT E



## Case Information Summary for Case Number 2020-CH-05784

Filing Date: 09/09/2020

Case Type: GENERAL CHANCERY

Division: Chancery Division

District: First Municipal

Ad Damnum: $0.00

Calendar: 07

### Party Information

**Plaintiff(s)**
BIRCH GOLD GROUP, LP

**Attorney(s)**
THE HUGHES FIRM LLC
2024 W CRYSTAL ST
CHICAGO IL, 60622
(404) 550-5338

**Defendant(s)**
CHUBB UNDERWRITING AGENCI
LLOYD'S OF LONDON
TALBOT UNDERWRITING LTD.

**Defendant Date of Service**

**Attorney(s)**

### Case Activity

Activity Date: 09/09/2020 — Participant: BIRCH GOLD GROUP, LP

GENERAL CHANCERY FILED (JURY DEMAND)

Court Fee: 600.50

Attorney: THE HUGHES FIRM LLC

Activity Date: 09/09/2020 — Participant: BIRCH GOLD GROUP, LP

SUMMONS ISSUED AND RETURNABLE

Attorney: THE HUGHES FIRM LLC

Activity Date: 09/09/2020 — Participant: BIRCH GOLD GROUP, LP

CASE SET ON CASE MANAGEMENT CALL

Date: 01/07/2021
Court Time: 1000
Court Room: 2405

Judge: REILLY, EVE M.
Attorney: THE HUGHES FIRM LLC

Activity Date: 09/25/2020    Participant: WILSON ELSER MOSKOWIT

SUMMONS - RETD P.S.

Date: 09/24/2020

[Back to Top](#)

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.