**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BIRCH GOLD GROUP, LP<br><br>        Plaintiffs,<br><br>  v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NUMBER N184678, CHUBB UNDERWRITING AGENCIES LTD., AND TALBOT UNDERWRITING LTD.,<br><br>        Defendant. | Case No. 1:20-cv-7750 |

## DECLARATION OF SEAN R. SIMPSON IN SUPPORT OF DEFENDANTS' REMOVAL

I, Sean R. Simpson, declare as follows:

1. I am a partner at Clyde & Co US LLP, which represented Defendants Chubb Underwriting Agencies Limited for and on behalf of Syndicate 2488 and Talbot Underwriting Ltd. for and on behalf of Syndicate 1183 with regard to the coverage issues involved in the above-referenced matter.

2. On December 13, 2018, Seth Pierce, counsel for Birch Gold Group, LP ("Birch") with regard to responding to the subpoena referenced in the Complaint in the matter referenced above, sent me an email with invoices attached, which he purported was the amount of attorney's fees and costs incurred by Birch prior to November 30, 2018 in responding to the subpoena.  The amount totaled $208,079.42.

///

///

///

///

5313245

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.  Executed in Irvine, California.

Dated:  December 28, 2020

Sean R. Simpson